FILED
CLERK, U.S. DISTRICT COURT
3/19/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2020 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:21CR132-PSG |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1707: Theft of Property Used by the Postal Service; 18 U.S.C. § 1361: Depredation Against Government Property] |
| REGAN CHRISTIAN FISHER, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1707]

On or about August 8, 2020, in Los Angeles County, within the Central District of California, defendant REGAN CHRISTIAN FISHER stole, purloined, appropriated to his own use, appropriated to a use other than its proper purpose, and conveyed away to the hindrance or detriment of the public service property used by the United States Postal Service, namely, a United States Postal Service truck parked at the Van Nuys Post Office, 15701 Sherman Way, Van Nuys, California, with the property having a value greater than $1,000.

## COUNT TWO

[18 U.S.C. § 1361]

On or about August 8, 2020, in Los Angeles County, within the Central District of California, defendant REGAN CHRISTIAN FISHER willfully injured and committed a depredation against property of the United States and a department or agency thereof, specifically, a parking lot gate and a United States Postal Service truck, located at the Van Nuys Post Office, 15701 Sherman Way, Van Nuys, California, with the resulting damage having a value greater than $1,000.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Acting Deputy Chief, General Crimes Section

JENNA WILLIAMS
Assistant United States Attorney
General Crimes Section