# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

[Reset Form]

**FILED** 3/19/2021 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA BY: jb DEPUTY

- Case Number: 2:21CR132-PSG-
- Defendant Number: 1
- U.S.A. v. Regan Christian Fisher
- Year of Birth: 1974
- [✓] Indictment    [ ] Information
- Investigative agency (FBI, DEA, etc.): USPIS

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
- [ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
- [ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: 8/8/2020

c. County in which first offense occurred: Los Angeles County

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
- [✓] Los Angeles  [ ] Ventura
- [ ] Orange  [ ] Santa Barbara
- [ ] Riverside  [ ] San Luis Obispo
- [ ] San Bernardino  [ ] Other

Citation of Offense: 18 USC 1707; 18 USC 1361

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
- [✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
- [ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
- [✓] No  [ ] Yes
- If "Yes," Case Number: _____

Pursuant to General Order 19-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: N/A
Case Number: _____
Assigned Judge: _____
Charging: _____

The complaint/CVB citation:
- [ ] is still pending
- [ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No  [ ] Yes
IF YES, provide Name: _____
Phone Number: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
- [ ] Yes*  [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
- [ ] Yes*  [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [ ] No

This is the _____ superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: _____

Case Number: _____

The superseded case:
- [ ] is still pending before Judge/Magistrate Judge _____
- [ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
- [ ] Yes*  [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
- [ ] Yes*  [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes  [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☑ Male ☐ Female
☐ U.S. Citizen ☐ Alien

Alias Name(s): _____

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☑ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud
☐ government fraud
☐ environmental issues
☐ narcotics offenses
☐ violent crimes/firearms
☐ public corruption
☐ tax offenses
☐ mail/wire fraud
☐ immigration offenses
☐ corporate fraud
☑ Other  Theft of government/postal property

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision? ☐ Yes ☐ No
d. Is on bail or release from another district: _____

Defendant is **in custody**:
a. Place of incarceration: ☐ State ☐ Federal
b. Name of Institution: _____
c. If Federal, U.S. Marshals Service Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal  AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  20  21  40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: N/A

Date  03/16/2021

*Jenna Williams*
Signature of Assistant U.S. Attorney
Jenna Williams
Print Name